UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMERICAN APPRAISAL ASSOCIATES, INC., | ) ) ) |
| Plaintiff, | ) No. 3:05-0168 ) JUDGE ECHOLS |
| v. | ) ) |
| DEVIN WEST d/b/a AMERICAN APPRAISAL, | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum, the Court rules as follows:

(1) Plaintiff's Notice and Application For Entry of Default Judgment and Permanent Injunction Against Defendant Devin West d/b/a American Appraisal (Docket Entry No. 19) is hereby GRANTED to the extent that Plaintiff requests reasonable attorney's fees and expenses, and the Application is otherwise DEEMED WITHDRAWN because Plaintiff no longer seeks damages or a permanent injunction.

(2) Default Judgment on the Complaint for willful trademark infringement is hereby entered in favor of Plaintiff American Appraisal Associates, Inc., and against Defendant Devin West d/b/a American Appraisal, pursuant to Federal Rule of Civil Procedure 55(b)(2).

1

(3) The Court hereby awards Plaintiff, as prevailing party, attorney's fees in the amount of $10,476.00 and expenses in the amount of $888.58, for a total award of $11,364.58.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE